UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR ZUNIGA, | ) | 1:07-CV-00261 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| v. | ) | |
| | ) | ORDER GRANTING PETITION |
| | ) | |
| JEFF WRIGLEY, Warden, | ) | ORDER DIRECTING CLERK OF COURT |
| | ) | TO ENTER JUDGMENT FOR PETITIONER |
| Respondent. | ) | |
| | ) | |

Petitioner, a federal prisoner proceeding pro se, has filed an application for a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 5, 2007, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be GRANTED and Respondent be ORDERED to consider the appropriateness of transferring Petitioner to a residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. §§ 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21. The Magistrate Judge recommended Respondent be DIRECTED to make this determination within 14 days of the date of the Court's order.

1  The parties were granted thirty (30) days to file objections to the Findings and
2 Recommendation. However, no party filed objections.
3  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
4 *novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that the
5 Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

## ORDER

7  Accordingly, IT IS HEREBY ORDERED that:
8  1. The Findings and Recommendation of March 5, 2007, is ADOPTED IN FULL;
9  2. The Petition for Writ of Habeas Corpus is GRANTED;
10  3. Respondent is ORDERED to consider the appropriateness of transferring Petitioner to a
11 residential re-entry center ("RRC") in light of the factors set forth in 18 U.S.C. §§ 3621(b), not
12 excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy
13 promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment
14 to 28 C.F.R. § 570.21. Respondent is ordered to make this determination promptly within fourteen
15 (14) days of the date of service of this Order.
16  4. Respondent is ORDERED to notify the Court within thirty (30) days after the
17 determination has been made.

19 IT IS SO ORDERED.
20 **Dated:     May 10, 2007**                    /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE